# United States Court of Appeals
## For the First Circuit

No. 09-2667

CAROLINE DELIA,

Plaintiff, Appellant,

v.

VERIZON COMMUNICATIONS INC.,

Defendant, Appellee,

VERIZON INFORMATION SERVICES INC.; VERIZON SUPERPAGES;
IDEARC MEDIA CORP.; VERIZON DIRECTORIES SERVICES - EAST INC.,
n/k/a Idearc Media Services - East Inc.; MALVERN SMALLWOOD;

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on August 24, 2011 is amended as follows:

On the coversheet replace " Thomas H. Winter" with "Thomas H. Wintner"